January 19, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

DOMINIQUE WESLEY, Appellant

NO. 14-11-00822-CV          V.

THE WALLINGFORD APARTMENTS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 1, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by DOMINIQUE WESLEY.

We further order this decision certified below for observance.